# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

AUSTIN CADEAUX,

                  Plaintiff,

vs.

LAS VEGAS METRO POLICE DEPT;
OFFICERS JOHN DOE NOS. 1-5,

                  Defendant.

2:19-cv-01584-JAD-VCF

**ORDER**

Before the court are the Motion to Extend Stay (ECF NO. 27).

Plaintiff requests to extend the stay on his case because the NDOC is still on lockdown due to the COVID-19 pandemic and he is unable to obtain legal supplies.

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.  Here, no opposition has been filed.

The court will grant Plaintiff's request for stay due to COVID-19 and set a date to lift the stay.  If the parties would like to lift the stay, a motion must be filed with the court.

Accordingly,

IT IS HEREBY ORDERED that the Motion to Extend Stay (ECF NO. 27) is GRANTED.

This case is stayed up to and including March 29, 2021.  On March 30, 2021, the stay will be lifted and the court will enter a new discovery plan and scheduling order pursuant to LR 16-1(b).

DATED this 28th day of September, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE