# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| AUSTIN CADEAUX, | |
| Plaintiff, | 2:19-cv-01584-JAD-VCF |
| vs. | **ORDER** |
| LAS VEGAS METRO POLICE DEPT; OFFICERS JOHN DOE NOS. 1-5, | |
| Defendant. | |

Before the Court is LVMPD Defendants' Motion to Extend Discovery (ECF NO. 40).

No opposition has been filed and the time to file and opposition has passed.  Pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.  It appears that Plaintiff has consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that LVMPD Defendants' Motion to Extend Discovery (ECF NO. 40) is GRANTED.

The following discovery deadlines apply:

| | |
|---|---|
| Discovery Cut-Off: | January 3, 2022 |
| Expert Disclosure: | November 3, 2021 |
| Rebuttal Expert Disclosure: | December 3, 2021 |
| Disposition Motions: | February 1, 2022 |
| Proposed Joint Pretrial Order: | March 3, 2022 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

DATED this 16th day of August, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE