UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Austin Cadeaux, | Case No.: 2:19-cv-01584-JAD-VCF |
| Plaintiff | |
| v. | **Order Adopting Magistrate Judge's Report & Recommendation** |
| Las Vegas Metropolitan Police Department, et al., | [ECF Nos. 32, 50, 53] |
| Defendants | |

Pro se plaintiff Austin Cadeaux sues the Las Vegas Metropolitan Police Department and four of its officers for excessive force and negligence. The defendants moved to dismiss Cadeaux's complaint,[1] and then Cadeaux moved for leave to file an amended complaint and for additional time to do so.[2] Cadeaux also moved to stay this case because he has limited access to the law library at High Desert State Prison, where he is incarcerated.[3] Magistrate Judge Ferenbach granted Cadeaux's motion for leave to file an amended complaint,[4] which Cadeaux did.[5] Judge Ferenbach now recommends that I deny the defendants' motion to dismiss as moot because Cadeaux has been given leave to file an amended complaint,[6] and he also recommends that I deny Cadeaux's motion to stay this case.[7] The deadline for any party to object to that

---

[1] ECF No. 32.
[2] ECF Nos. 44, 47.
[3] ECF No. 50.
[4] ECF No. 53.
[5] ECF No. 54.
[6] ECF No. 53.
[7] *Id.*

recommendation has passed, and no party filed an objection or requested to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[8]  Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 53] is ADOPTED** in its entirety.  IT IS FURTHER ORDERED that the defendants' motion to dismiss **[ECF No. 32] is DENIED as moot**.  IT IS FURTHER ORDERED that Cadeaux's motion to stay this case **[ECF No. 50] is DENIED**.

_____
U.S. District Judge Jennifer A. Dorsey
February 22, 2022

---

[8] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).