# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

AUSTIN CADEAUX,

        Plaintiff(s),

v.

LAS VEGAS METRO POLICE DEPT; JOHN NEWBOLD; MARSHALL KOBZA; JOSHUA BYINGTON; RYAN LARSON,

        Defendant(s).

2:19-cv-01584-JAD-VCF

**ORDER**

Before me is LVMPD defendants' motion to extend discovery deadlines (ECF No. 66).

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, no opposition has been filed and the time to file an opposition has passed. It would seem as though Plaintiff has consented to the granting of the instant motion.

Accordingly, and good cause appearing,

I ORDER that LVMPD defendants' motion to extend discovery deadlines (ECF No. 66) is GRANTED.

I FURTHER ORDER that the following deadlines apply:

| | |
|---|---|
| Discovery cutoff | July 25, 2022 |
| Dipositive motions deadline | August 24, 2022 |
| Joint Pretrial Order deadline | September 23, 2022 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order

DATED this 17th day of May 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1