UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Austin Cadeaux,<br><br>　　　　Plaintiff<br><br>v.<br><br>Las Vegas Metropolitan Police Department, et al.,<br><br>　　　　Defendants | Case No.: 2:19-cv-01584-JAD-VCF<br><br>**Order Granting Plaintiff's Motion to Dismiss Defendant Ryan Larson**<br><br>[ECF No. 72] |

Pro se plaintiff Austin Cadeaux sues the Las Vegas Metropolitan Police Department and four of its officers for excessive force and negligence. Cadeaux now moves to dismiss his claims against Defendant Ryan Larson, explaining that "no further action will be taken" against him in this case.[1] With good cause appearing, IT IS ORDERED that Cadeaux's motion to dismiss **[ECF No. 72] is GRANTED. The claims against Larson are DISMISSED without prejudice. The Clerk of Court is directed to "terminate" this defendant from the docket.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　May 19, 2022

---

[1] ECF No. 72.