UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Austin Cadeaux,<br><br>    Plaintiff<br><br>v.<br><br>Las Vegas Metropolitan Police Department, et al.,<br><br>    Defendants | Case No.: 2:19-cv-01584-JAD-VCF<br><br>**Order Granting Plaintiff's Motion<br>to Dismiss Defendants John Newbold and<br>Marshall Kobza**<br><br>[ECF No. 79] |

Pro se plaintiff Austin Cadeaux sues the Las Vegas Metropolitan Police Department and four of its officers for excessive force and negligence. Cadeaux now moves to dismiss his claims against Defendants John Newbold and Marshall Kobza, explaining that "no further litigation against" them "will be taken."[1] Newbold and Kobza agree to this dismissal.[2] With good cause appearing, IT IS ORDERED that Cadeaux's unopposed motion to dismiss **[ECF No. 79] is GRANTED. The claims against Defendants John Newbold and Marshall Kobza are DISMISSED without prejudice. The Clerk of Court is directed to "terminate" these defendants from the docket.**

_____
U.S. District Judge Jennifer A. Dorsey
July 19, 2022

---

[1] ECF No. 79.
[2] ECF No. 80.